UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN RENE ONTIVEROS, | ) Case No. CV 08-4022-VAP(RC) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| LOS ANGELES COUNTY, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| Defendants. | ) |

    IT IS ADJUDGED that Judgment shall be entered: (1) dismissing plaintiff's first and second claims for relief without prejudice for failure to exhaust administrative remedies; (2) dismissing plaintiff's third claim for relief as barred by the statute of limitations; and (3) dismissing plaintiff's state law claims without prejudice.

DATED: April 18, 2009

_/s/ Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

R&Rs\08-4022.jud
3/12/09